# ALABAMA COURT OF CRIMINAL APPEALS



August 1, 2025

**CR-2024-0676**
Danny Foster v. State of Alabama (Appeal from Randolph Circuit Court: CC-96-48.64)

## NOTICE

You are hereby notified that on August 1, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk